**J. B. FIERCE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28118.

Court of Criminal Appeals of Texas.

Feb. 29, 1956.

**L. D. HESTER, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28105.

Court of Criminal Appeals of Texas.

Feb. 29, 1956.

No appearance for appellant.

Howard M. Fender, Criminal Dist. Atty., Vernon C. Mayfield, Hugh F. King, Conard Florence, Asst. Criminal Dist. Attys., Fort Worth, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is negligent homicide; the punishment, a fine of $1,000.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.